**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | |
|---|---|
| In re: | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | Index No. 08-01789 (BRL) |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 09-01305 (BRL) |
| Plaintiff, | |
| - against - | |
| COHMAD SECURITIES CORPORATION, et al., | |
| Defendants. | |

-----------------------------------------------------------x

## DEFENDANT ROBERT M. JAFFE'S STATEMENT OF ISSUES PRESENTED ON APPEAL AND DESIGNATION OF RECORD ON APPEAL

Robert M. Jaffe, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure and Local Rule 8007-1 of the United States Bankruptcy Court for the Southern District of New York, hereby designates the following items to be included in the record and sets forth the following issues to be presented on appeal to the United States District Court for the Southern District of New York from the *Bench Memorandum Decision And Order signed on 2/3/2011 Denying Motion for An Order Enforcing this Court's Settlement Order of December 21, 2010, And Enjoining The Continued Prosecution of the Third Party Actions* [Docket No. 193] entered by the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") in the above-captioned case on February 3, 2011, and from each and every part thereof.

1

## STATEMENT OF ISSUES PRESENTED ON APPEAL[1]

1. Did the Bankruptcy Court err in determining that it lacked jurisdiction to adjudicate Mr. Jaffe's motion for an order enforcing a settlement order issued by the Bankruptcy Court on December 21, 2010, and enjoining the continued prosecution of multiple third party actions against Mr. Jaffe in violation of the Bankruptcy Court's settlement order.

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL[2]

| ITEM | INDEX NO. 08-01789 DOCKET NO. | DATE OF FILING | DOCUMENT |
|---|---|---|---|
| 1 | 3551 | 12/21/2010 | Order signed on 12/21/2010 Approving a Settlement Agreement by and between Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and the Shapiro Family. |
| 2 | 3799 | 01/21/2011 | Memorandum of Law *of Third Parties Turbo Investors LLC, James S. Herscot et al in Opposition to motion by Robert M. Jaffe for Order Enjoining Continued Prosecution of Third party Action,* filed by A. Peter Lubitz on behalf of Turbo Investors LLC et al., Profit Sharing Plan. |

---

[1] Mr. Jaffe reserves the right to modify, restate, and/ or supplement the following issues on appeal to the extent permitted by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

[2] Each designated item includes any and all exhibits attached thereto.

2

| ITEM | ADV. PRO. NO. 09-01305 DOCKET NO. | DATE OF FILING | DOCUMENT |
|---|---|---|---|
| 3 | 1 | 06/22/2009 | Complaint against Cohmad Securities Corporation, Maurice J. Cohn, Marcia B. Cohn, Robert Jaffe, Alvin J. Delaire, Jr., Stanley Mervin Berman, Jonathan Greenberg, Cyril Jalon, Morton Kurzrok, Linda Schoenheimer McCurdy, Richard Spring, Rosalie Buccellato, Milton S. Cohn, Marilyn Cohn, Jane M. Delaire a/k/a Jane Delaire Hackett, Carole Delaire, Edward H Kohlschreiber, Edward H Kohlschreiber SR REV MGT Trust, Gloria Kurzrok, Joyce Berman, S & J Partnership, Janet Jaffin Revocable Trust, The Spring Family Trust, Jeanne T. Spring Trust, The Estate of Elena Jalon, The Joint Tenancy of Phyllis Guenzburger and Fabian Guenzburger, The Joint Tenancy of Robert Pinchou and Fabian Guenzburger, Elizabeth M. Moody . Nature(s) of Suit: (11 (Recovery of money/property - 542 turnover of property)), (12 (Recovery of money/property - 547 preference)), (13 (Recovery of money/property - 548 fraudulent transfer)), (14 (Recovery of money/property - other)), filed by Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Attachments: Exhibits 1-11). |
| 4 | 29 | 08/21/2009 | Notice of Motion for Dismissal *of Complaint*, filed by Stanley S. Arkin on behalf of Robert Jaffe. |
| 5 | 30 | 08/21/2009 | Memorandum of Law *in Support of Motion to Dismiss*, filed by Stanley S. Arkin on behalf of Robert Jaffe. |
| 6 | 82 | 10/08/2009 | Amended Complaint against all defendants, filed by Oren Warshavsky on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Attachments: Exhibits 1-17). |
| 7 | 112 | 12/04/2009 | *Notice of Motion to Dismiss First Amended Complaint*, filed by Stanley S. Arkin on behalf of Robert Jaffe, M/A/S Capital Corporation. |
| 8 | 113 | 12/04/2009 | *Memorandum of Law in Support of Robert M. Jaffe and M/A/S Capital Corporation Motion to Dismiss*, filed by Stanley S. Arkin on behalf of Robert Jaffe, M/A/S Capital Corporation. |
| 9 | 134 | 03/01/2010 | Declaration *of Oren J. Warshavsky in Support of Plaintiff Trustee's Omnibus Opposition to Defendants' Motions to* |

| | | | |
|---|---|---|---|
| | | | *Dismiss*, filed by Oren Warshavsky on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Attachments: Exhibits 1-13). |
| 10 | 135 | 03/02/2010 | Omnibus Opposition Brief *filed by Plaintiff Trustee in Opposition to Defendant's Motion to Dismiss*, filed by Oren Warshavsky on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. |
| 11 | 145 | 03/31/2010 | *Memorandum of Law in Further Support of Motion to Dismiss the Complaint*, filed by Stanley S. Arkin on behalf of Robert Jaffe. |
| 12 | 183 | 12/30/2010 | *Stipulation of Dismissal with Prejudice*, filed by Oren Warshavsky on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. |
| 13 | 184 | 01/07/2011 | *Notice of Defendant Robert M. Jaffe's Motion for an Order Enforcing this Court's Settlement Order of December 21, 2010, and Enjoining the Continued Prosecution of the Third Party Actions*, filed by Stanley S. Arkin on behalf of Robert Jaffe. |
| 14 | 185 | 01/07/2011 | *Defendant Robert M. Jaffe's Memorandum of Law in Support of his Motion for an Order Enforcing this Court's Settlement Order of December 21, 2010, and Enjoining the Continued Prosecution of the Third Party Actions*, filed by Stanley S. Arkin on behalf of Robert Jaffe. (Attachments: Exhibits A-H) |
| 15 | 185 | 01/07/2011 | Statement of Claim, *Turbo Investors LLC, v. Cohmad Securities Corp. et al.* FINRA DR No. 09-15485 (Ex. A). |
| 16 | 185 | 01/07/2011 | Statement of Claim, *James S. Herscot, Alan N. Horowitz, and Chaban Investment Company v. Cohmad Securities Corp. et al.* FINRA DR No. 10-01143 (Ex. B). |
| 17 | 185 | 01/07/2011 | Complaint, *White Mountain Sports, Inc. Profit Sharing Plan, NY, Andrew Rosenberg and Sharon Rosenberg v. Cohmad Securities Corp. et al.*, No. 10 Civ. 7999 (MCG) (S.D.N.Y. Oct. 20, 2010) (Ex. C). |
| 18 | 185 | 01/07/2011 | Settlement Agreement Between Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and the Shapiro Family, dated 12/7/2010 (Ex. D). |
| 19 | 185 | 01/07/2011 | Affidavit of Irving H. Picard, dated 12/7/2010 (Ex. E). |

| 20 | 185 | 01/07/2011 | Motion for entry of order pursuant to section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure approving an agreement by and between the Trustee and the Shapiro family, dated 12/7/2010 (Ex. F). |
|---|---|---|---|
| 21 | 185 | 01/07/2011 | Complaint, *Picard v. Turbo Investors, LLC.*, Adv. Pro. No. 10-05171 (BRL) (Bankr. S.D.N.Y 2010) Dkt. No. 1 (Ex. G). |
| 22 | 187 | 01/21/2011 | Opposition Brief */Trustee's Opposition To Robert M. Jaffe's Motion for an Order Enforcing This Court's Settlement Order of December 21, 2010, and Enjoining the Continued Prosecution of the Third Party Actions* filed by Oren Warshavsky on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. |
| 23 | 188 | 01/28/2011 | Reply Motion to Stay *Memorandum of Law in Further Support of his Motion for an Order Enforcing this Court's Settlement Order of December 21, 2010, and Enjoining the Continued Prosecution of the Third Party Actions*, filed by Stanley S. Arkin on behalf of Robert Jaffe. |
| 24 | 189 | 01/28/2011 | *Affirmation of Timothy L. Gallagher* filed by Stanley S. Arkin on behalf of Robert Jaffe. |
| 25 | 189 | 01/28/2011 | Notice of Trustee's Determination of Claim and Partial Assignment and Release entered into by the Trustee and the Herscot Third Party Plaintiffs in *In re Bernard L. Madoff Investment Securities, LLC*, No. 08-01789 (Bankr. S.D.N.Y. 2008) (Ex. D). |
| 26 | 189 | 01/28/2011 | Notice of Trustee's Determination of Claim and Partial Assignment and Release entered into by the Trustee and the Horwitz Third Party Plaintiffs in *In re Bernard L. Madoff Investment Securities, LLC*, No. 08-01789 (Bankr. S.D.N.Y. 2008) (Ex. E). |
| 27 | 189 | 01/28/2011 | Notice of Trustee's Determination of Claim and Partial Assignment and Release entered into by the Trustee and the Chaban Third Party Plaintiffs in *In re Bernard L. Madoff Investment Securities, LLC*, No. 08-01789 (Bankr. S.D.N.Y. 2008) (Ex. F). |
| 28 | 189 | 01/28/2011 | Notice of Trustee's Determination of Claim and Partial Assignment and Release entered into by the Trustee and the White Mountain Third Party Plaintiffs in *In re Bernard L.* |

| 29 | 193 | 02/03/2011 | Bench Memorandum Decision And Order signed on 2/3/2011 Denying Motion for An Order Enforcing this Court's Settlement Order of December 21, 2010, And Enjoining The Continued Prosecution of the Third Party Actions. |
|---|---|---|---|
| | | | *Madoff Investment Securities, LLC*, No. 08-01789 (Bankr. S.D.N.Y. 2008) (Ex. G). |
| 30 | 196 | 02/07/2011 | Errata Order signed on 2/7/2011. RE: Bench Memorandum Decision and Order Denying Motion for an Order Enforcing This Courts Settlement Order of 12/21/2010, and Enjoining the Continued Prosecution of The Third Party Actions. |
| 31 | 197 | 02/17/2011 | Notice of Appeal *of the Bench Memorandum Decision and Order signed by the Hon. Burton R. Lifland, United States Bankruptcy Judge, and entered in this adversary proceeding on the 3rd day of February, 2011*, filed by Stanley S. Arkin on behalf of Robert Jaffe. |
The names, addresses, and telephone numbers for the respective attorneys to all parties to the Bench Memorandum Decision and Order Denying Motion for an Order Enforcing this Court's Settlement Order of 12/21/2010, and Enjoining the Continued Prosecution of the Third Party Actions, are listed below:

Stanley S. Arkin
Howard J. Kaplan
Michelle A. Rice
Brent T. Starks
ARKIN KAPLAN RICE LLP
590 Madison Avenue
New York, NY 10022
(212) 333-0200

*Attorneys for Robert M. Jaffe and M/A/S Capital Corporation*

Richard B. Fosher
Oakes & Fosher
2000 Innerbelt Business Center Drive
St. Louis, MO 63114
(314) 428-7600

Christoph C. Heisenberg
A. Peter Lubitz
Hinckley & Heisenberg LLP
501 Fifth Avenue, Suite 506
New York, New York 10017
(212) 759-4933

*Attorneys for Third Parties Turbo Investors LLC, James S. Herscot, Alan N. Horowitz and Chaban Investment Company, and White Mountain Sports, Inc. Profit Sharing Plan, NY*

Oren J. Warshavsky
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*


Dated: New York, NY
       March 3, 2011

                              ARKIN KAPLAN RICE LLP

                              By: */s/ Howard J. Kaplan*
                                  Stanley S. Arkin
                                  Howard J. Kaplan
                                  Brent T. Starks
                              590 Madison Avenue
                              New York, NY 10022
                              (212) 333-0200

                              *Attorneys for Robert M. Jaffe and M/A/S Capital Corporation*

# CERTIFICATE OF SERVICE

I, Brent T. Starks, certify that on March 3, 2011, I caused a true and correct copy of Defendant Robert M. Jaffe's **DEFENDANT ROBERT M. JAFFE'S STATEMENT OF ISSUES PRESENTED ON APPEAL AND DESIGNATION OF RECORD ON APPEAL**, and all exhibits thereto, to be served via Federal Express Overnight Delivery upon the following:

Richard B. Fosher, Esq.
Oakes & Fosher
2000 Innerbelt Business Center Drive
St. Louis, MO 63114

Christoph C. Heisenberg
Hinckley & Heisenberg LLP
501 Fifth Avenue, Suite 506
New York, New York 10017

Oren J. Warshavsky
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200

_____
Brent T. Starks