HOFFINGER STERN & ROSS, LLP
Jack S. Hoffinger (JH-1114)
Fran Hoffinger (FH-4850)
150 East 58th Street - Floor 19
New York, NY 10155
(212) 421-4000

Attorneys for The Joint Tenancy
of Phyllis Guenzburger and Fabian Guenzburger
and the Joint Tenancy of Robert Pinchou and
Fabian Guenzburger, Defendants

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re:    X | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC,    : | SIPA LIQUIDATION No. 08-01789 (BRL) |
|    : | |
| Debtor.    : | (Substantively Consolidated) |
|    : | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,    : | |
|    : | |
| Plaintiff,    : | |
| v.    : | |
|   | Adv. Pro. No. 09-1305 (BRL) |
| COHMAD SECURITIES CORPORATION, ETC., and THE JOINT TENANCY OF PHYLLIS GUENZBURGER AND FABIAN GUENZBURGER AND THE JOINT TENANCY OF ROBERT PINCHOU AND FABIAN GUENZBURGER,    : | |
|    : | |
|    : | |
|    : | |
| Defendants.    X | |

---

**ANSWER TO FIRST AMENDED COMPLAINT**

Defendants, THE JOINT TENANCY OF PHYLLIS GUENZBURGER AND FABIAN GUENZBURGER ("The Guenzburger Tenancy") and THE JOINT TENANCY OF ROBERT PINCHOU AND FABIAN GUENZBURGER ("The Pinchou Tenancy"), by their attorneys, Hoffinger Stern & Ross LLP, as and for their Answer to the First Amended Complaint dated October 8, 2009 ("First Amended Complaint") of Plaintiff, IRVING PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC ("Trustee") state as follows:

1. Deny the allegations contained in paragraph 1.

2. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 except deny any involvement or knowledge of the Madoff Ponzi scheme.

3. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3.

4. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4, except deny that the Defendants had any relationship with Madoff, that they were part of his inner circle or that they had any "unique access."

5. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5.

6. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6.

7. Neither admit nor deny the allegations contained in paragraph 7, as the allegations call for a legal conclusion to which no response is necessary.

8. Neither admit nor deny the allegations contained in paragraph 8, as the

allegations call for a legal conclusion to which no response is necessary, except deny that the Court has jurisdiction over them.

9. Neither admit nor deny the allegations contained in paragraph 9, as the allegations call for a legal conclusion to which no response is necessary.

10. Deny the allegations contained in paragraph 10.

11. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11.

12. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12.

13. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13.

14. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14.

15. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15.

16. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 16.

17. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 17.

18. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 18 except admit that Cyril Jalon resides in New York State.

19. Deny knowledge or information sufficient to form a belief as to the truth of the

allegations contained in paragraph 19.

20.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 20.

21.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 21.

22.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 22.

23.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 23.

24.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 24.

25.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 25.

26.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 26.

27.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 27.

28.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 28.

29.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 29.

30.     Deny knowledge or information sufficient to form a belief as to the truth of the

allegations contained in paragraph 30.

31.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 31.

32.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 32.

33.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 33.

34.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 34.

35.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 35.

36.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 36.

37.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 37.

38.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 38, except admit that Jalon was married to Elena Jalon and that she died in June 2008.

39.    The Pinchou Tenancy denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 39.  The Guenzburger Tenancy admits the allegations contained in paragraph 39 but denies there were account transfers between it and the Estate of Elena Jalon.

40. The Guenzburger Tenancy denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 40. The Pinchou Tenancy admits the allegations contained in paragraph 40 but denies there were account transfers between it and the Estate of Elena Jalon.

41. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 41.

42. Deny the allegations contained in paragraph 42.

43. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 43.

44. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 44.

45. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 45 and refer the Court to the minutes of the plea hearing of Bernard Madoff ("Madoff") from March 12, 2009 in United States v. Madoff, Case No. 09-CR-213 (DC) ("the Plea Hearing").

46. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 46.

47. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 47.

48. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 48.

49. Deny the allegations contained in paragraph 49.

50.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 50.

51.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 51.

52.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 52.

53.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 53.

54.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 54.

55.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 55.

56.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 56.

57.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 57, except admit that the Defendants are victims and the allegations regarding Madoff's "appearance of prestige and exclusivity."

58.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 58.

59.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 59.

60.     Deny knowledge or information sufficient to form a belief as to the truth of the

allegations contained in paragraph 60.

61.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 61.

62.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 62.

63.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 63.

64.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 64.

65.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 65.

66.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 66, except admit that the defendants received statements from BLMIS regarding its account.

67.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 67 and refer the Court to the minutes of the Plea Hearing.

68.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 68, except admit that the defendants received statements from BLMIS regarding its account.

69.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 69.

70.     Deny knowledge or information sufficient to form a belief as to the truth of the

allegations contained in paragraph 70.

71.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 71.

72.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 72 except admit that the Defendants are victims that received statements from BLMIS.

73.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 73.

74.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 74.

75.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 75.

76.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 76.

77.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 77.

78.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 78.

79.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 79.

80.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 80.

81.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 81.

82.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 82.

83.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 83.

84.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 84.

85.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 85.

86.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 86.

87.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 87.

88.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 88.

89.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 89.

90.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 90.

91.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 91.

92.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 92.

93.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 93.

94.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 94.

95.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 95.

96.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 96.

97.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 97.

98.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 98.

99.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 99.

100.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 100.

101.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 101.

102.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 102.

103.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 103.

104.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 104.

105.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 105.

106.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 106.

107.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 107.

108.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 108.

109.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 109.

110.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 110.

111.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 111.

112.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 112.

113.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 113.

114. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 114.

115. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 115.

116. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 116.

117. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 117.

118. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 118.

119. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 119.

120. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 120.

121. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 121.

122. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 122.

123. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 123.

124. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 124.

125.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 125.

126.     Deny the allegations contained in paragraph 126.

127.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 127, except admit that each of the Tenancies had an account with BLMIS.

128.     Deny the allegations contained in paragraph 128, except admit that the Defendants deposited funds into their BLMIS accounts from Switzerland.

129.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 129, except admit that funds were deposited into their BLMIS accounts from Switzerland and deny the allegations contained in the last sentence of paragraph 129.

130.     Deny the allegations contained in paragraph 130.

131.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 131 except deny the allegations contained in the first sentence, insofar as it relates to them.

132.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 132.

133.     Deny the allegations contained in paragraph 133.

134.     Deny the allegations contained in paragraph 134.

135.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 135.

136. Deny the allegations contained in paragraph 136 which are moot because the Trustee has withdrawn the First Cause of Action for Turnover.

137. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 137.

138. Deny the allegations contained in paragraph 138.

139. Deny the allegations contained in paragraph 139.

140. Deny the allegations contained in paragraph 140.

141. Deny the allegations contained in paragraph 141.

142. Deny the allegations contained in paragraph 142.

143. Neither admit nor deny the allegations contained in paragraph 143, as the allegations call for a legal conclusion to which no response is necessary.

144. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 144.

145-148. As this cause of action has been withdrawn by the Trustee, no response to these paragraphs is necessary.

149. Repeat and reallege the responses contained in paragraphs 1 through 148 as if fully set forth herein.

150. Deny the allegations contained in paragraph 150.

151. Deny the allegations contained in paragraph 151.

152. Deny the allegations contained in paragraph 152.

153. Deny the allegations contained in paragraph 153.

154. Repeat and reallege the responses contained in paragraphs 1 through 153 as if

fully set forth herein.

155.     Deny the allegations contained in paragraph 155.

156.     Deny the allegations contained in paragraph 156.

157.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 157.

158.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 158.

159.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 159.

160.     Deny the allegations contained in paragraph 160.

161.     Deny the allegations contained in paragraph 161.

162.     Repeat and reallege the responses contained in paragraphs 1 through 161 above as if fully set forth herein.

163.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 163.

164.     Deny the allegations contained in paragraph 164.

165.     Deny the allegations contained in paragraph 165.

166.     Repeat and reallege the responses contained in paragraphs 1 through 165 above as if fully set forth herein.

167.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 167.

168.     Deny the allegations contained in paragraph 168.

169.     Deny the allegations contained in paragraph 169.

170.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 170.

171.     Deny the allegations contained in paragraph 171.

172.     Repeat and reallege the responses contained in paragraphs 1 through 171 above as if fully set forth herein.

173.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 173.

174.     Deny the allegations contained in paragraph 174.

175.     Deny the allegations contained in paragraph 175.

176.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 176.

177.     Deny the allegations contained in paragraph 177.

178.     Repeat and reallege the responses contained in paragraphs 1 through 177 above as if fully set forth herein.

179.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 179 but admits the Defendants are creditors with claims against BLMIS.

180.     Deny the allegations contained in paragraph 180.

181.     Deny the allegations contained in paragraph 181.

182.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 182.

183.     Deny the allegations contained in paragraph 183.

184.     Repeat and reallege the responses contained in paragraphs 1through 183 above as if fully set forth herein.

185.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 185.

186.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 186 but admits the Estate is a creditor with claims against BLMIS.

187.     Deny the allegations contained in paragraph 187.

188.     Deny the allegations contained in paragraph 188.

189.     Repeat and reallege the responses contained in paragraphs 1 through 188 above as if fully set forth herein.

190.     Deny the allegations contained in paragraph 190.

191.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 191.

192.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 192.

193.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 193, but Jalon denies the allegations in paragraph 193 insofar as they relate to him.

194.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 194 but Jalon denies the allegations in paragraph 194 insofar

as they relate to him.

195.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 195.

196.     Repeat and reallege the responses contained in paragraphs 1through 195 above as if fully set forth herein.

197.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 197; the defendants did not file a SIPA claim.

198.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 198; the defendants did not file a SIPA claim.

199.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 199; the defendants did not file a SIPA claim.

200.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 200; the defendants did not file a SIPA claim.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

The Trustee's claims and causes of action are barred because the Court lacks personal jurisdiction over these Defendants.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

Any claims asserted by the Trustee against the Defendants belong in arbitration, not in this Court.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

The Amended Complaint fails to state a claim for which relief is warranted.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

The Court lacks subject matter jurisdiction over the claims and causes of action asserted by the Trustee.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

The Amended Complaint fails to comply with the law requiring specificity and violates Constitutional mandates of due process and fair notice.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

To the extent the Amended Complaint relies on the New York Debtor and Creditor Law, it fails to comply with that law's requirement regarding fraudulent transfers.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

The Defendants gave fair consideration and value for any alleged transfers at issue.

## AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

What the Defendants allegedly received was not more than the value of what was invested with the debtor.

## AS AND FOR A NINTH AFFIRMATIVE DEFENSE

The transfers alleged in the Complaint were not fraudulent transfers.

## AS AND FOR A TENTH AFFIRMATIVE DEFENSE

The Defendants acted in good faith.

## AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE

The Trustee's "Net Investment Method" for "clawback" demands, if applicable, should be adjusted to account for inflation, interest and other relevant factors.

## AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE

The Trustee's claims and causes of action are barred by the doctrines of unclean hands and *in pari delicto*.

## AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE

The Trustee lacks standing to bring the claims and causes of action contained in the Complaint.

## AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE

The Trustee's claims and causes of action against the Defendants are time barred, in whole or in part.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, made applicable in this adversary proceeding pursuant to Rule 9015 of the Federal Rules of Bankruptcy Procedure, the Defendants request a trial by jury as to all issues so triable.

WHEREFORE, the Defendants respectfully request a dismissal of the First Amended Complaint, together with such other and further relief as this Court deems just and proper.

Dated:      New York, New York
              September 19, 2011

                             HOFFINGER STERN & ROSS, LLP
                             *Attorneys for The Joint Tenancy of*
                             *Phyllis Guenzburger and Fabian*
                             *Guenzburger and the Joint Tenancy of*
                             *Robert Pinchou and Fabian Guenzburger*

By:  **/s/ Jack S. Hoffinger**

150 East 58th Street - Floor 19

New York, New York 10155

Tel:  212-421-4000

Fax:  212-223-3857